UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID MCDONALD and JAMES SCHEURICH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:24-cv-01575-RLY-CSW |
| TRUSTEES OF INDIANA UNIVERSITY, in their official capacities, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| State of Indiana, | ) ) ) | |
| Intervenor. | ) ) ) | |
| STEVEN ALAN CARR and DAVID G. SCHUSTER, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:24-cv-01578-RLY-TAB |
| TRUSTEES OF PURDUE UNIVERSITY, in their official capacities, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| State of Indiana, | ) ) ) | |
| Intervenor. | ) | |

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE
WITH RELATED CASE**

1

This matter is before the court on the Joint Motion to Consolidate two (2) related cases under Federal Rule of Civil Procedure 42(a): *David McDonald et al. v. Trustees of Indiana University*, 1:24-cv-01575-RLY-CSW and *Carr et al. v. Trustees of Purdue University*, 1:24-cv-01578-RLY-TAB.  For the reasons set forth in the parties' Joint Motion, to ensure consistent and efficient adjudications in this court, to conserve the resources of the court and the parties, and for other good cause shown, the court hereby **GRANTS** the Joint Motion to Consolidate (Filing No. 22) and issues the following **Orders**:

1. The Clerk shall consolidate Cause No. 1:24-cv-01578-RLY-TAB into Cause No. 1:24-cv-01575-RLY-CSW and **CLOSE** Cause No. 1:24-cv-01578-RLY-TAB.

2. The new combined caption in Cause No. 1:24-cv-01575-RLY-CSW shall be as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID MCDONALD,<br>JAMES SCHEURICH,<br>STEVEN ALAN CARR, and<br>DAVID G. SCHUSTER,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRUSTEES OF INDIANA UNIVERSITY, in their official capacities, and<br>TRUSTEES OF PURDUE UNIVERSITY, in their official capacities, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-cv-01575-RLY-CSW |

2

|  |  |
|---|---|
| Defendants. | ) |
|  | ) |
|  | ) |
| State of Indiana, | ) |
|  | ) |
| Intervenor. | ) |

3. All future filings in Cause No. 1:24-cv-01575-RLY-CSW shall bear the new consolidated caption.

Any motion to sever claims for trial pursuant to Federal Rule of Civil Procedure 42(b) shall be filed within **14 days** of the date of any summary judgment ruling in this case. All other previously set deadlines and dates in this case remain in effect.

**SO ORDERED** this 28th day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

3